**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICRO/SYS, INC., a California corporation,<br><br>              Plaintiff,<br><br>         v.<br><br>DRS SUSTAINMENT SYSTEMS, INC., a Delaware corporation; and DRS TECHNOLOGIES, INC., a Delaware corporation,<br><br>              Defendants. | Case No.: CV 14-3441-DMG (AJWx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [105]** |

1  WHEREAS the parties have reached a settlement of all disputes and stipulate
2  to dismissal with prejudice of all claims with each party to bear its own costs and
3  attorneys' fees,
4  IT IS HEREBY ordered that:
5  Plaintiff's claims against Defendants are dismissed with prejudice and each
6  party shall bear its own costs and attorneys' fees.

Dated: January 12, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE